IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Cathy A. Wilson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. CV-06-S-0693-NE |
| | ) | |
| Laurence A. Hecker, Attorney at Law, | ) | |
| an individual, VC Global, Inc., a | ) | |
| corporation, V Collect Global, Inc., a | ) | |
| corporation, Richard Goldberg, an | ) | |
| individual, Kenneth Hillibush, an | ) | |
| individual, Michael Grey, an | ) | |
| individual, Michael Petillo, an | ) | |
| individual, Dana Benson , an | ) | |
| individual, and Dethrol Wright, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause, by and through her attorney of record, and hereby amends her original Complaint to rename Defendants Richard Goldberg, Michael Grey, and Dana Benson and states as follows:

1. Pursuant to the discovery responses served on the Plaintiff on September 13, 2006, by the Defendants, the Plaintiff hereby amends her Complaint to substitute Kenneth Hillibush as the properly named Defendant in place of Richard Goldberg.

2. Pursuant to the discovery responses served on the Plaintiff on September 13, 2006, by the Defendants, the Plaintiff hereby amends her Complaint to substitute Michael Petillo as the properly named Defendant in place of Michael Grey.

3. Pursuant to the discovery responses served on the Plaintiff on September 13, 2006, by the Defendants, the Plaintiff hereby amends her Complaint to substitute Dethrol Wright as the properly named Defendant in place of Dana Benson.

4. The Plaintiff hereby adopts, incorporates, and re-alleges each and every allegation contained in the Plaintiff's original Complaint as if fully set out herein.

_____
Ronald C. Sykstus
Attorney for Plaintiff

**OF COUNSEL**:
BOND, BOTES, SYKSTUS & LARSEN, P.C.
415 Church Street, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 539-9899
Direct Voice: (256) 713-0221
Facsimile: (256) 539-9895
Email: rsykstus@bondnbotes.com

## CERTIFICATE OF SERVICE

I, Ronald C. Sykstus, do hereby certify that I have served a copy of the foregoing on **Laurence A. Hecker, c/o Philip F. Hutcheson, Boardman, Carr & Hutcheson, P.C., 400 Boardman Drive, Chelsea, Alabama 35043-8211(certified mail, return receipt requested); VC Global, Inc., c/o Philip F. Hutcheson, Boardman, Carr & Hutcheson, P.C., 400 Boardman Drive, Chelsea, Alabama 35043-8211(certified mail, return receipt requested); V Collect Global, Inc., c/o Philip F. Hutcheson, Boardman, Carr & Hutcheson, P.C., 400 Boardman Drive, Chelsea, Alabama 35043-8211(certified mail, return receipt requested); Kenneth Hillibush, 650 College Road East, Suite 1800, Princeton, NJ 08540 (certified mail, return receipt requested, restricted delivery); Michael Petillo, 650 College Road East, Suite 1800, Princeton, NJ 08540 (certified mail, return receipt requested, restricted delivery); and Dethrol Wright, 650 College Road East, Suite 1800, Princeton, NJ 08540 (certified mail, return receipt requested, restricted delivery)**, by mailing the same by United States Mail properly addressed and First Class Postage prepaid on this the 26th day of September, 2006.

_____
Of Counsel