# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CATHY A. WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No.  CV 06-S-693-NE |
| | ) | |
| **LAURENCE A. HECKER,** | ) | |
| **Attorney at Law,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

The parties having notified the court that all claims embraced herein have been resolved, it is ORDERED that this case be DISMISSED with prejudice, but providing that if plaintiff does not receive the full proceeds of the settlement within a reasonable period of time, not to exceed 45 days from this date, she may petition the court to reinstate this action, and such reinstatement shall relate back to the original date of filing.  The clerk is directed to close this file.  Costs are taxed as paid.

DONE this 23rd  day of October, 2006.

_____
United States District Judge